further status on the Rule 20 proceedings.

SO STIPULATED.

Dated: October 16, 2006  /S/

HILARY A. FOX
Attorney for Defendant HOLLADAY

SO STIPULATED.

Dated: October __, 2006  /S/

SHASHI KEWALRAMANI
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the status hearing in this matter is continued to October 31, 2006 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 17 , 2006

WAYNE D. BRAZIL
United States Magistrate Judge