BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant HOLLADAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>CARRIE LYNN HOLLADAY,<br><br>    Defendant. | No. 4- 06-60556 WDB<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING DATE |

  This matter is currently set for status on the Rule 20 proceeding on Tuesday, October 17, 2006. At this time the parties are in process of reaching a plea agreement and the Rule 20 paperwork has not yet arrived in this district. For these reasons, the parties jointly stipulate and request that the matter should be continued to Tuesday, October 31, 2006 at 10:00 a.m. for

///

///

STIP AND ORD CONTINUING    - 1 -
HEARING DATE

1  further status on the Rule 20 proceedings.

3  SO STIPULATED.

4  Dated: October 16, 2006                                /S/
5                                                  HILARY A. FOX
   Attorney for Defendant HOLLADAY

6  SO STIPULATED.

8  Dated: October __, 2006                                /S/
9                                                  SHASHI KEWALRAMANI
   Assistant United States Attorney

11  <u>SIGNATURE ATTESTATION</u>

12  I hereby attest that I have on file all holograph signatures indicated by a "conformed"
13  signature ("/S/") within this efiled document.

16  <u>ORDER</u>

17  Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby
18  ORDERED that the status hearing in this matter is continued to October 31, 2006 10:00 a.m.

19  IT IS SO ORDERED.

20  Dated:   October 17 , 2006

                                                WAYNE D. BRAZIL
United States Magistrate Judge

STIP AND ORD CONTINUING                - 2 -
HEARING DATE