BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant HOLLADAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR06-763-SBA (WDB) |
| Plaintiff, ) | |
| ) | ORDER TO AUTHORIZE RELEASE |
| v. ) | OF INFORMATION TO DEFENSE |
| ) | COUNSEL |
| CARRIE LYNN HOLLADAY ) | |
| ) | |
| Defendant. ) | |

    Defendant Carrie Lynn Holladay is currently residing at New Bridge treatment program as a condition of pretrial release.  In order to ensure that her attorney can obtain information regarding recent significant incidents that have occurred with Ms. Holladay at New Bridge prior to the bail review hearing that is scheduled for December 5, 2006, the Court hereby authorizes staff at the New Bridge center to discuss Ms. Holladay's situation with Ms. Holladay's Federal Public Defender, Hilary Fox.  Defense counsel has informed the Court that she has presented this idea to Ms. Holladay's counselor, Suzanne Hicks, and Ms. Hicks has no objection to discussing Ms. Holladay's situation with Ms. Fox.

    IT IS SO ORDERED.

Dated:   December  4 , 2006

_____
WAYNE D. BRAZIL
United States Magistate Judge

- 1 -