~~PROPOSED~~ ORDER/COVER SHEET

TO:  Honorable Wayne D. Brazil           RE:   HOLLADAY, Carrie
     U.S. Magistrate Judge

**FILED**
DEC 5 - 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FROM: Claudette M. Silvera, Chief        DOCKET NO.:   06-cr-00763-SBA-1
      U.S. Pretrial Services Officer

DATE: December 4, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                          510-637-3752
                                         TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ___ on _12-5-06_ at _9:30 a.m._

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____          _12-5-06_
JUDICIAL OFFICER                          DATE

Cover Sheet (12/03/02)   cc: WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Lisa