| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | HILARY A. FOX |
|   | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
|   | Oakland, CA 94607 |
| 4 | Tel: (510) 637-3500 |
|   | Counsel for Defendant HOLLADAY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR06-763-SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | RETURN OF CASE TO ORIGINAL |
| | ) | CHARGING DISTRICT PURSUANT |
| CARRIE LYNN HOLLADAY | ) | TO RULE 20(C) OF THE FEDERAL |
| | ) | RULES OF CRIMINAL PROCEDURE |
| Defendant. | ) | |

Defendant Carrie Lynn Holladay was arrested in the Northern District of California on a warrant issued out of the Eastern District of California. She was released on bond to the New Bridge treatment program and the parties agreed to transfer her case, pursuant to Rule 20(a) of the Federal Rules of Criminal Procedure, from the Eastern District to the Northern District for plea and sentencing. The case has now been transferred; however, the parties encountered unexpected obstacles and as a result have not been able to agree upon the terms of a disposition. Ms. Holladay therefore stands by her plea of not guilty, previously entered before the Magistrate Judge. In light of these facts, the parties stipulate and agree that Ms. Holladay's case should be returned to the original charging district, pursuant to Rule 20(c) of the Federal Rules of Criminal Procedure, for trial or plea in that jurisdiction.

1   Because Ms. Holladay has been remanded to custody, the parties request that the transfer be
2   accomplished promptly, if possible.
3   The parties further stipulate and agree that the time between today's date and the date of Ms.
4   Holladay's first appearance in the Eastern District of California should be excluded for purposes
5   of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), in that this period of delay results from a
6   proceeding relating to the transfer of a case or the removal of a defendant from another district
7   under the Federal Rules of Criminal Procedure.
8   SO STIPULATED.
9   Dated:     January 4, 2007                    /S/
10                                                 _____
                                                   HILARY A. FOX
                                                   Attorney for Defendant Holladay
11  SO STIPULATED.
12
13  Dated:     January 4, 2007,                   /S/
14                                                 _____
                                                   SHASHI KEWALRAMANI
                                                   Assistant United States Attorney
15
16                          SIGNATURE ATTESTATION
17   I hereby attest that I have on file all holograph signatures indicated by a "conformed"
18  signature ("/S/") within this efiled document.
19
20
21
22
23
24
25
26                                          ORDER

The Pursuant to Rule 20(c) of the Federal Rules of Criminal Procedure, and the parties' above stipulation, it is hereby ORDERED that this matter shall be returned to the original charging district. The clerk shall return the papers to the Eastern District of California so that the Eastern District may restore this proceeding to its docket. It is further ORDERED that the time between today's date and the date of Ms. Holladay's first appearance in the Eastern District of California is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), in that this period of delay results from a proceeding relating to the transfer of a case and the removal of a defendant from another district under the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: January 9, 2007

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court